RODGERS & HAGERTY, INC., Appellant-Respondent, v. THE CITY OF NEW YORK, Respondent-Appellant.— The action arises out of plaintiff's contract, dated July 14, 1920, and supplemental contract, dated March 14, 1921, with the defendant, for excavation for and construction of the foundations, sub-basement floor and area and retaining walls of the New York County Court House. The complaint alleges three causes of action: The first for the unpaid balance of moneys earned under said contracts; the second for damages due to the delays in the conduct of the work, under the original contract, for which it is alleged defendant was responsible; the third for expense incurred by plaintiff between July 22, 1920, when the plaintiff first encountered ground water, and March 26, 1921, when the supplemental contract became effective, in pumping ground water which it is alleged defendant represented would not be encountered. Plaintiff appeals from the judgment entered on a directed verdict in favor of plaintiff in so far as it fails to allow a recovery against defendant for an additional sum or any part of an additional sum of $41,538.23, with interest from February 23, 1922. Defendant appeals from each and every part of said judgment. Judgment unanimously affirmed, without costs. No opinion. Present — Townley, Untermyer, Dore and Cohn, JJ.

RUDOLPH SCHWARTZ, as Assignee for the Benefit of Creditors of FRANK JACOBS, INC., Respondent, v. STERLING NATIONAL BANK AND TRUST COMPANY OF NEW YORK, Appellant.— Order denying defendant's motion to dismiss the complaint on the ground that there is an existing final adjudication of a court of competent jurisdiction rendered on the merits, determining the same cause of action between the parties, unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order with notice of entry, upon payment of said costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

FRANCES HARRIS, Respondent, v. REALTY ASSETS CORPORATION, Appellant.— Order denying defendant's motion for judgment dismissing the amended complaint on the ground that it does not state facts sufficient to constitute a cause of action unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

CARMELA MARRONE, Respondent, v. HUDSON AND MANHATTAN RAILROAD COMPANY, Appellant.—Action for personal injuries. While plaintiff was walking down the stairway in defendant's Journal Square station, Jersey City, N. J., leading to defendant's trains, the heel of her right shoe became caught in a hole in one of the steps. The heel broke off and she fell to the bottom of the stairway. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.